(108 So. 921)

A. A. TUCKER v. CITY OF TUSCALOOSA. (6 Div. 678.) (Supreme Court of Alabama. May 13, 1926.) Certiorari to Court of Appeals. F. F. Windham, of Tuscaloosa, for petitioner. S. H. Sprott, of Tuscaloosa, opposed.

THOMAS, J. Petition of A. A. Tucker for certiorari to the Court of Appeals to review and

revise the judgment and decision of that court in Tucker v. City of Tuscaloosa, 107 So. 325. Petition dismissed.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.